**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Herman SALDANA Jr, Defendant–Appellant.**

No. 06–50198
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, BARKSDALE; and GARZA, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Herman Saldana, Jr., raises arguments that he concedes are foreclosed by *United States v. De Jesus–Batres,* 410 F.3d 154, 162 (5th Cir.2005), which held that proof of specific intent to violate immigration laws is not an element of the offense of alien harboring. The Government's motion for summary affirmance is

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.